**SAO**
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@hkimlaw.com
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN WEST II HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; MESA VERDE HOMEOWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS rI-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01232-RCJ-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff NATIONSTAR MORTGAGE, LLC ("Nationstar" or "the Bank"), by and through its attorney of record, Melanie Morgan, Esq. of the law firm Akerman, LLP, and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through its attorney of record, Diana S. Cline, Esq. of the law firm Howard Kim & Associates, to extend the deadline for SFR to file its responsive pleading to Nationstar's complaint [Dkt. No. 1] to **August 10, 2015.** An extension is necessary to allow SFR sufficient time to review the file and appropriately respond to the complaint. Plaintiff has no objection the extension.

///

- 1 -

1    This is the parties' first request for an extension and is not intended to cause any delay or
2    prejudice to any party.
3    DATED this 21st day of July, 2015.                    DATED this 22nd day of July, 2015.

**HOWARD KIM & ASSOCIATES**                              **AKERMAN, LLP**

*/s/ Diana S. Cline*                                     */s/ Melanie Morgan*
Howard C. Kim, Esq.                                      Ariel E. Stern, Esq.
Nevada Bar No. 10386                                     Nevada Bar No. 8276
Diana S. Cline, Esq.                                     Melanie Morgan, Esq.
Nevada Bar No. 10580                                     Nevada Bar No. 8215
Jacqueline A. Gilbert, Esq.                              Christine Parvan, Esq.
Nevada Bar No. 10593                                     Nevada Bar No. 10711
1055 Whitney Ranch Drive, Suite 110                      1160 Town Center Drive, Suite 330
Henderson, Nevada 89014                                  Las Vegas, Nevada 89144
Phone: (702) 485-3300                                    Phone: (702) 634-5000
Fax:    (702) 485-3301                                   Fax:    (702) 380-8572
*Attorneys for SFR Investments Pool 1, LLC*              *Attorneys for Nationstar Mortgage, LLC*

**ORDER**

   IT IS SO ORDERED.

   Nunc Pro Tunc: July 22, 2015.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**HOWARD KIM & ASSOCIATES**

*/s/ Diana S. Cline*
Diana S. Cline, Esq.
Nevada Bar No. 10580
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada  89014
*Attorneys for SFR Investments Pool 1, LLC*