LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
KALEB D. ANDERSON, ESQ
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant*
*Hometown West II Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN WEST II HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.  2:15-cv-01232-RCJ-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

  Plaintiff Nationwide Mortgage, LLC, and Defendant Hometown West Homeowners Association, by and through their respective counsel, hereby agree and stipulate as follows:

  IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant Hometown West II Homeowners Association to file a responsive pleading to Plaintiff's Complaint shall be extended until **August 14, 2015.** The current deadline was July 22, 2015.

Defendant has good cause for missing the deadline as Defense counsel was retained this week for the representation. Pursuant to Local Rule 6-1(b), the parties state the reason for the extension is to enable Hometown West II Homeowners Association sufficient time to prepare its responsive pleading through its recently retained counsel. The parties have entered into the agreement in good faith and not for purposes of delay.

DATED this 31st day of July, 2015.

AKERMAN, LLP

By:   */s/ Melanie Morgan*
Ariel E. Stern, Esq. (NV Bar No. 8276)
Melanie Morgan, Esq. (NV Bar No. 8215)
Christine Parvan, Esq. (NV Bar No. 10711)
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff*

DATED this 31st day of July, 2015.

LIPSON, NEILSON, COLE, SELTZER, GARIN, P.C.

By:   */s/ Siria L. Gutierrez*
JOSEPH P. GARIN, ESQ. (NV Bar No. 6653)
KALEB D. ANDERSON, ESQ. (NV BAR NO. 7582)
SIRIA L. GUTIERREZ, ESQ. (NV BAR NO. 11981)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Tanglewood Homeowners Association*

### ORDER

IT IS SO ORDERED.

Nunc Pro Tunc: July 31, 2015

_____
UNITED STATES DISTRICT JUDGE