MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMETOWN WEST II HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-01232-RCJ-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; REALTY MORTGAGE CORPORATION, a Mississippi corporation, DAVID M. HOLLEB, an individual,<br><br>    Counter-Defendant/Cross-Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

PLEASE TAKE NOTICE that Nationstar Mortgage LLC provides notice that Karen A. Whelan, Rebekkah B. Bodoff and Jason Joseph Zummo are no longer associated with the law firm of Akerman, LLP.

Akerman, LLP continues to serve as counsel for Nationstar Mortgage LLC. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. Melanie D. Morgan, Esq., Tenesa S. Powell and Jared M. Sechrist, Esq.

DATED April 23, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

DATE: April 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE

48641427;1