MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HOMETOWN WEST II HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-01232-RCJ-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>    Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; REALTY MORTGAGE CORPORATION, a Mississippi corporation, DAVID M. HOLLEB, an individual,<br><br>    Counter-Defendant/Cross-Defendants. | |

53072211;1

TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Tenesa S. Powell, Esq., is no longer associated with the law firm of Akerman LLP and requests that Ms. Powell be removed from the service list.

Akerman, LLP continues to serve as counsel for Nationstar Mortgage LLC. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to, Melanie D. Morgan, Esq. and Rex D. Garner, Esq.

DATED this 11th day of May, 2020

**AKERMAN LLP**

*/s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134

*Attorneys for Nationstar Mortgage LLC*

## COURT APPROVAL

IT IS SO ORDERED.

DATE: May 12, 2020

_____
UNITED STATES MAGISTRATE JUDGE

2

53072211;1