MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>HOMETOWN WEST II HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No.: 2:15-cv-01232-RCJ-NJK<br><br>**ORDER FOR DISMISSAL OF NATIONSTAR MORTGAGE LLC'S CLAIMS AGAINST HOMETOWN WEST II HOMEOWNERS ASSOCIATION WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>  Counter-Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; REALTY MORTGAGE CORPORATION, a Mississippi corporation, DAVID M. HOLLEB, an individual,<br><br>  Counter-Defendant/Cross-Defendants. | |

…

…

…

…

1

57206600;1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff/counter-defendant Nationstar Mortgage LLC and defendant Hometown West II Homeowners Association (the **HOA**), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of Nationstar's claims against the HOA with prejudice.

Each party shall bear their own attorney's fees, prejudgment interest, and costs of suit associated with this dismissal. The court may close this case.

| | |
|---|---|
| DATED: March 12, 2021. | DATED: March 12, 2021. |
| **AKERMAN LLP** | **LIPSON NEILSON, P.C.** |
| */s/ Melanie D. Morgan*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | */s/ Amber Williams*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>AMBER WILLIAMS, ESQ.<br>Nevada Bar no. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Hometown West II Homeowners Association* |

**ORDER**

IT IS SO ORDERED.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE

_____
DATED: March 15, 2021

2

57206600;1